## SAMARA ET AL. *v.* OKLAHOMA CAPITOL IMPROVEMENT AUTHORITY.

No. 1002. Decided May 24, 1965.

*Leroy Powers* and *Gus Rinehart* for appellants.

*Charles Nesbitt,* Attorney General of Oklahoma, and *Harvey H. Cody* and *Joseph C. Muskrat,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## BILLY *v.* OKLAHOMA.

No. 1034. Decided May 24, 1965.

*Sid White* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.